USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/29/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WILLIAMS,

        Plaintiff(s),

-against-

CHRISTOPHER XAVIER BROWN, et al.,

        Defendant(s).

23-CV-08063 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On May 2, 2024, this Court ordered the parties to file a Pre-Conference Statement no later than one week (seven calendar days) prior to the June 3, 2024 conference. (Dkt. 15.) The parties' deadline for filing a Pre-Conference Statement came and went, but the parties have not submitted a Pre-Conference Statement. It is hereby ORDERED that, no later than **May 30, 2024**, the parties shall file the previously ordered Pre-Conference Statement.

Dated: New York, New York
       May 29, 2024

                            **SO ORDERED.**

                            _____

                            **BARBARA MOSES**
                            **United States Magistrate Judge**