USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WILLIAMS,

        Plaintiff(s),

-against-

CHRISTOPHER XAVIER BROWN, et al.,

        Defendant(s).

23-CV-08063 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On May 30, 2024, this Court ordered the parties to file a Pre-Conference Statement no later than July 3, 2024. (Dkt. 18.) The parties' deadline came and went, but the parties have not submitted a Pre-Conference Statement. It is hereby ORDERED that, no later than **July 9, 2024**, **at 12:00 noon**, the parties shall file the previously ordered Pre-Conference Statement.

Dated: New York, New York
       July 8, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**