UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/27/26___
```

MARCUS WILLIAMS,

            Plaintiff,

    -against-

CHRISTOPHER XAVIER BROWN and
ABK EXPRESS, LLC,

           Defendants.

23-CV-08063 (BCM)

**ORDER OF DISMISSAL**

**BARBARA MOSES, United States Magistrate Judge.**

The parties to this action advised the Court on July 8, 2024, that they had reached a settlement. Dkt. 20. Thereafter, they filed a Stipulation of Discontinuance, in which they agreed that this action "is hereby discontinued against CHRISTOPHER XAVIER BROWN and ABK EXPRESS LLC, with prejudice and without costs to any party." Dkt. 22. The Clerk of Court found the stipulation technically deficient, and directed the parties to refile it, but they failed to do so. No activity has taken place in this action since July 24, 2024.

The Court having examined the parties' Stipulation of Discontinuance, and having found that it complies with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
      May 27, 2026

                       **SO ORDERED.**

                       _____
                       **BARBARA MOSES**
                       **United States Magistrate Judge**